UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____   )
                                          )
**WESLEY YOW**                            )   Case Number: 11-cv-0513
                                          )
    **Plaintiff**                        )
                                          )
    **vs.**                              )
                                          )
**NIAGRA CREDIT SOLUTIONS, INC.**         )
                                          )
    **Defendant**                        )
_____   )


## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Wesley Yow, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.


        BY: /s/ Bruce K. Warren
            Bruce K. Warren, Esquire
            Attorney for Plaintiff
            Warren & Vullings, LLP
            93 Old York Road
            Jenkintown, PA  19046
            215-745-9800